12C

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH

## Request and Order to Amend Previous Petition

Name of Person: **Damien Michael Davis**            Docket Number: **2:21CR00063-001**

Name of Sentencing Judicial Officer:    **Honorable Jill N. Parrish**
**Chief U.S. District Judge**

Date of Original Sentence: **October 14, 2021**
Original Offense: **Felon in Possession of a Firearm**
Original Sentence: **46 Months Bureau of Prisons Custody/ 36 Months Supervised Release**

Type of Supervision: **Supervised Release**         Supervision Began: **November 8, 2024**

Location of Defendant's Supervision   ☒ Northern/Central Division     ☐ Southern Region

### PETITIONING THE COURT

☒ To amend the petition signed on August 26, 2025 as follows: To amend the language in allegations 1-6 and add two additional allegations of violation conduct.

### CAUSE

*Allegations on December 20, 2025:*

**Allegation No. 1:** On or about December 12, 2024, the person under supervision committed another federal, state, or local crime, to wit: endangerment of a child or vulnerable adult.

**Allegation No. 2:** On or about December 12, 2024, the person under supervision committed another federal, state, or local crime, to wit: possessed a controlled substance.

**Allegation No. 3:** On or about December 12, 2024, the person under supervision unlawfully possessed a controlled substance, to wit: heroin.

**Allegation No. 4:** On or about December 12, 2024, the person under supervision unlawfully possessed a controlled substance, to wit: methamphetamine.

**Allegation No. 5:** On or about December 12, 2024, the person under supervision unlawfully possessed a controlled substance, to wit: fentanyl.

**Allegation No. 6:** On or about December 12, 2024, the person under supervision unlawfully possessed a controlled substance, to wit: Xanax.

Evidence in support of this allegations are derived from U.S. Probation Office records and records of Salt Lake City Police Department Case No. 24-287190.

*Allegations on August 26, 2025*

PROB 12C  
D/UT 03/19

Damien Michael Davis  
2:21CR00063-001

**Allegation No. 7:** As of August 26, 2025, the person under supervision failed to reside in and successfully complete a residential treatment program, to wit: Odyssey House, until discharged with the approval of his/her U.S. Probation Officer.

**Allegation No. 8:** The person under supervision failed to notify his U.S. Probation Officer of his/her change in living arrangements. The defendant left Odyssey House on or about August 26, 2025, and as of this date has failed to provide the U.S. Probation Office with a current address. His whereabouts are currently unknown.

Evidence in support of this allegation verbal reports from the defendant's therapist at Odyssey House Residential Treatment Center.

*Additional allegations:*

**Allegation No. 9:** On or about September 10, 2025, the person under supervision committed another federal, state, or local crime, to wit: possessed another individuals vehicle without permission.

**Allegation No. 10:** On or about September 10, 2025, the person under supervision committed another federal, state, or local crime, to wit: possessed a controlled substance.

Evidence in support of this allegations are derived from U.S. Probation Office records and records of Taylorsville Police Department Case No. TY25-24602.

I declare under penalty of perjury that the foregoing is true and correct.

*Caroline J Bye-Routh*

by Caroline Bye-Routh  
U.S. Probation Officer  
November 24, 2025

PROB 49  
D/UT 12/17

Damien Michael Davis  
2:21CR00063-001

**THE COURT ORDERS:**

[X] That the original petition be amended to include all allegations outlined  
[ ] Expedited hearing set for: _____ at _____ before U.S. Magistrate Judge _____  
[ ] No action  
[ ] Other

_____  
Honorable Jill N. Parrish  
Chief United States District Judge

Date: 11/24/2025